IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | § | | |
| | § | | |
| V. | § | NO. 1:16-CR-32 | |
| | § | | |
| JAIME SILVA | § | | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Pending is a Motion to Suppress Evidence (Doc. No. 25) filed by the Defendant, Jaime Silva ("Silva"). The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge for consideration pursuant to applicable laws and orders of this court. The United States filed a brief in response to the Defendant's motion (Doc. No. 27), and Silva filed a reply (Doc. No. 29). Judge Hawthorn heard testimony and oral argument on May 23, 2016. However, the parties later entered into a plea agreement as to Count One of the Information filed on June 23, 2016. (Doc. Nos. 34, 38, 40.) At the hearing held on June 23, 2016, the Defendant entered a plea of guilty and stipulated to withdrawing his Motion to Suppress Evidence as moot. Therefore, Judge Hawthorn recommended that the Defendant's Motion to Suppress Evidence (Doc. No. 25) be **DENIED** as moot, subject to reassertion if the plea agreement is rejected.

No objections were filed to Judge Hawthorn's Report and Recommendation. Consequently, the court concludes that the magistrate judge's findings, conclusions and analysis are correct.

Accordingly, the Defendant's motion is **DENIED** as **MOOT** (Doc. No. 25), and the report of the magistrate judge (Doc. No. 42) is **ADOPTED**.

**SIGNED** this the 18 day of **July, 2016.**

_____
Thad Heartfield
United States District Judge